**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: April 2, 2014
START: 9:30 a.m.
END: 9:50 am

DOCKET NO: 13-CV-7051 (KAM)

CASE: Joseph v. Lallave, et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

**PLAINTIFFS:**

| Baree Jett | |
|---|---|
| | |
| | |

**DEFENDANTS:**

| Ben Kuruvilla | |
|---|---|
| | |
| | |

- [x] **FACT** DISCOVERY TO BE COMPLETED BY October 1, 2014
- [x] NEXT settlement CONFERENCE SCHEDULED FOR July 11, 2014 2:00pm
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures will be completed today.
Pleadings may be amended and new parties added until May 16, 2014.
The Court defers setting a schedule for expert discovery and dispositive motions.