AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Tiwona Joseph <br> *Plaintiff* <br> v. <br> Det Samuel Lallave, Shield No. 3824., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 13-cv-7051 (KAM)(RLM) |

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Detective Edwin Sinclair, Shield No. 05116
Brooklyn North Narcotics
1 Police Plaza
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Baree N. Fett, Esq.
Harvis Wright & Fett LLP
305 Broadway, 14th Floor
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: MAY 19 2014

_____
*Signature of Clerk or Deputy Clerk*

MAY 19 2014

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Tiwona Joseph | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 13-cv-7051 (KAM)(RLM) |
| Det Samuel Lallave, Shield No. 3824., et al. | ) ) ) | |
| *Defendant* | ) | |

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sergeant Robert Maloney, Shield No. 05057
Brooklyn North Narcotics
1 Police Plaza
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Baree N. Fett, Esq.
Harvis Wright & Fett LLP
305 Broadway, 14th Floor
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 19 2014

*Signature of Clerk or Deputy Clerk*