ROANNE L. MANN  DATE: August 8, 2014
UNITED STATES MAGISTRATE JUDGE  START: 2:00 p.m.
END: 3:30 pm

DOCKET NO: 13-CV-7051 (KAM)
CASE: Joseph v. Lallave, et al.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** | **ATTORNEY**
Baree Fett
w/ plaintiff

**DEFENDANT** | **ATTORNEY**
Ben Kuruvilla

- ☒ FACT DISCOVERY TO BE COMPLETED BY October 1, 2014
- ☐ NEXT CONFERENCE SCHEDULED FOR _____
- ☒ JOINT PRE-TRIAL ORDER ("JPTO") TO BE FILED VIA ECF BY 12/18/14
- ☐ PL. TO SERVE DEF. BY: 12/5/14    DEF. TO SERVE PL. BY: 12/12/14

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Before the Court makes its settlement recommendation, plaintiff's counsel will submit, by August 14, 2014, a report on the status and amount of any medical liens.

If the case doesn't settle, plaintiff's medical expert disclosure must be served by October 24, 2014; defendants' is due by November 26, 2014. The parties shall serve and file their JPTO as reflected above.