UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TIWONA JOSEPH,

                Plaintiff,                                      **ORDER**

        -against-                                        13-CV-7051 (KAM)

SAMUEL LALLAVE, et al.

                Defendants.
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      All parties have now responded to the Court's settlement proposal.  Unfortunately, there is no settlement.  Parties should comply with all deadlines previously set by the Court.

      The Clerk is directed to docket and serve this Order via ECF.

        SO ORDERED.

Dated:    Brooklyn, New York
             August 18, 2014

                                        /s/  *Roanne L. Mann*
                                        **ROANNE L. MANN**
                                        **UNITED STATES MAGISTRATE JUDGE**