ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: ___Sept. 12, 2014___
START: __3:30 p.m.___
END: ___4:40 pm___

DOCKET NO: ____13-CV-7051 (KAM)_____

CASE: _____Joseph v. Lallave_____

☐ INITIAL CONFERENCE     ☐ OTHER/ORDER TO SHOW CAUSE
☑ DISCOVERY CONFERENCE    ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE   ☑ TELEPHONE CONFERENCE *(recorded)*
☐ MOTION HEARING      ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**            **ATTORNEY**

| | |
|---|---|
| | Baree Fett |
| | Gabriel Harvis |
| | |

**DEFENDANT**          **ATTORNEY**

| | |
|---|---|
| | Ben Kuruvilla |
| | |
| | |

☐ DISCOVERY TO BE COMPLETED BY_____

☐ NEXT _____ CONFERENCE SCHEDULED FOR_____

☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

☐ PL. TO SERVE DEF. BY:_____ DEF. TO SERVE PL. BY:_____

RULINGS: <u>PLEASE TYPE THE FOLLOWING ON DOCKET SHEET</u>

For the reasons stated on the record, the Court grants in part and denies in part plaintiff's motion to compel (DE#21). The Court overrules some of defendants' relevance objections to producing disciplinary records (such as those involving claims of excessive force). Defendants have taken almost six months to produce any disciplinary records. Defense counsel will immediately contact IAB and CCRB and advise them that the records must be produced to plaintiff by

September 22, 2014 (CCRB files) and September 30, 2014 (IAB files). Defendants shall submit a status report by September 15, 2014.

By September 18, 2014, the parties shall submit a joint proposed order regarding the limitations placed on disclosure of the photos of the five officers present at plaintiff's arrest and/or transportation to the precinct. The photos shall be produced to plaintiff's counsel by September 19, 2014.

By September 30, 2014, defendants shall disclose the names and contact information for the individuals arrested and/or transported to the precinct with plaintiff.

The documents that defendant agreed to produce will be provided by the dates specified on page 6 of DE #22 or, where no date is specified, by September 30, 2014 for the precinct prisoner roster or October 1, 2014 for the remaining documents.

The Court sustains defendants' relevance objection to disclosing the amounts of settlements in other cases against the defendants.